Same case below, 2010 Ark. 473.

**No. 10-9532. Jack E. Allen, Petitioner v. Mohammad Naji, et al.**

563 U.S. 980, 131 S. Ct. 2885, 179 L. Ed. 2d 1198, 2011 U.S. LEXIS 3479.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9551. Robert E. Wilkin, Petitioner v. Larry Denney, Warden.**

563 U.S. 980, 131 S. Ct. 2885, 179 L. Ed. 2d 1198, 2011 U.S. LEXIS 3472.

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

**No. 10-9568. Stephen LaValle, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

563 U.S. 980, 131 S. Ct. 2886, 179 L. Ed. 2d 1198, 2011 U.S. LEXIS 3409.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 403 Fed. Appx. 607.

**No. 10-9598. Melvin G. Edwin, Petitioner v. Trevor Williams, Acting Warden.**

563 U.S. 980, 131 S. Ct. 2898, 179 L. Ed. 2d 1198, 2011 U.S. LEXIS 3405.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 201.

**No. 10-9645. Randy McGowan, Petitioner v. Jeffrey Merrill, Warden.**

563 U.S. 980, 131 S. Ct. 2886, 179 L. Ed. 2d 1198, 2011 U.S. LEXIS 3527, ▇

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-9649. Michael D. Benson, Petitioner v. Minnesota.**

563 U.S. 980, 131 S. Ct. 2886, 179 L. Ed. 2d 1198, 2011 U.S. LEXIS 3402.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9658. Christine Tate, Petitioner v. District of Columbia.**

563 U.S. 980, 131 S. Ct. 2886, 179 L. Ed. 2d 1198, 2011 U.S. LEXIS 3522.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 393 U.S. App. D.C. 270, 627 F.3d 904.

**No. 10-9676. Robert E. Chambers, II, Petitioner v. Rita Hathaway, Judge, Court of Common Pleas of Pennsylvania, Westmoreland County, et al.**

563 U.S. 980, 131 S. Ct. 2886, 179 L. Ed. 2d 1198, 2011 U.S. LEXIS 3499.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 406 Fed. Appx. 571.